**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sandra Cebreros GUEVARA, a.k.a.
Sandra Esthela Rodriguez,
Defendant–Appellant.**

**No. 13–10330.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed June 30, 2014.

Michael William Large, Esquire, Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, Amber Marie Craig, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Mario D. Valencia, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Sandra Cebreros Guevara, pro se.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Sandra Cebreros Guevara appeals from the district court's judgment and challenges her guilty-plea conviction and the 120-month sentence imposed for possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cebreros Guevara's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cebreros Guevara the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Cebreros Guevara has waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.